UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:08CV0182 |
| v. | ) Judge Thomas M. Rose |
| JOHN F. O'BRYANT, LENORE ANNE O'BRYANT, and STATE OF OHIO BUREAU OF WORKERS COMPENSATION, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff United States' Unopposed Rule 41 Motion to Dismiss Without Prejudice (Doc. No. 14), is **GRANTED**. The Court having considered the Plaintiff's motion finds it just and proper to dismiss this action without prejudice. The Clerk is instructed to terminate this action on the Court's docket..

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, August 16, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE